abuse of discretion by the trial court. *Belleville v. Director of Revenue, State of Missouri*, 825 S.W.2d 623 (Mo.banc 1992) [2–4]. No error of law appears and the judgment of the court is supported by substantial evidence. An opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).

---

Calvin FURRY, Plaintiff/Appellant,

v.

ESTATE OF John NOLIE, Doris Herberholz, Defendant/Respondent.

No. 66060.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 21, 1995.

Albert G. Tindall, Mark L. Akers, Tindall & Akers, P.C., Potosi, for appellant.

David L. Baylard, Daniel J. Briegel, Briegel, Baylard, P.C., Mark S. Vincent, Union, for respondent.

Before SMITH, P.J., and KAROHL and WHITE, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiff appeals from the order of the trial court dismissing with prejudice his petition for failure to prosecute. The case had been pending for seven years and had appeared previously on one dismissal docket and one pre-dismissal "status" docket. After the last requested continuance by plaintiff he had no request for trial setting for eight months and the case was again set on the dismissal docket and this time dismissed. We find no

Wilfred LUECKE, Plaintiff/Respondent,

v.

Donald HECK, Defendant/Appellant.

No. 66133.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 21, 1995.

James L. Thomas, Waynesville, for appellant.

Wilfred Luecke, pro se.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the trial court's order which dismissed his "Trial De Novo ... for failure to prosecute" and reinstated a previous judgment in favor of plaintiff as to plaintiff's claim and defendant's counterclaim. We affirm. No error of law appears and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this

order affirming the judgment pursuant to Rule 84.16(b).